Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:18-po-00274-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| JUAN LOPEZ-GUDINO, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

.

Dated: September 5, 2018                    /S/ Susan St. Vincent
                                            Susan St. Vincent
                                            Legal Officer
                                            Yosemite National Park

1

# ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Lopez-Gudino* 6:18-po-00274-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: 9/7/18

Jeremy D. Peterson
United States Magistrate Judge
Eastern District of California